Christopher Terrence, Respondent, v. Jacob Autenrieth, Jr., Appellant. — Judgment and order reversed on argument, and new trial granted, costs to abide the event. (See *Terrence* v. *Autenrieth, ante*, p. 914, decided herewith.) Jenks, P. J., Hirschberg, Burr, Rich and Stapleton, JJ., concurred.

Mary A. Tuttle, as Administratrix, etc., of Patrick Tuttle, Deceased, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr and Stapleton, JJ., concurred; Thomas, J., dissented solely upon the ground of error in the charge at folio 235.

Mabel Cohen, Appellant, v. John F. Kohler, Respondent. — Motion denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Rose M. Colligan, as Administratrix, etc., Respondent, v. The City of New York, Appellant. — Motion for reargument denied, with ten dollars costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

John J. Croger, Plaintiff, v. The Administrators Realty Company and Others, Defendants. — Motion granted, on condition that the defendants pay the expenses of adjourning the sale, including the cost of advertising, place the case on the calendar for Monday, May 5, 1913, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Rudolph Gehl, Respondent, v. Bachmann-Bechtel Brewing Company, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of the Application and Petition of J. Edward Simmons and Others, etc. (Hill View Reservoir, Section No. 2, Eighth Separate Report.) — Motion granted, without costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

John J. Murphy, Appellant, v. Henry F. Haggerty and Others, Respondents. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

William Noble, Respondent, v. Sarah J. Noble, Appellant. — Motion denied, without costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Nunzio Orsino, Respondent, v. Grace Orsino and Others, Appellants. — Motion denied, on condition that the appellants perfect their appeal, place the case on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.